Decision Per Curiam.

———————

The State of Florida ex rel. Stone Brothers, Relators, v. Charles B. Parkhill, Judge of the First Judicial Circuit, Respondent.

(Supreme Court of Florida, April 18, 1905.)

26 S C

Mandamus, Original writ.

*John M. Calhoun,* for Relators.

No appearance for Respondent.

Alternative writ of mandamus granted and issued on petition of Relators. Dismissed on praecipe of counsel for Relators.